ANN MILLER RAVEL, County Counsel (S.B. #62139)
JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 8/2/06*

| | |
|---|---|
| YUET LAN SO, <br><br> Plaintiff <br><br> v. <br><br> COUNTY OF SANTA CLARA, PROBATION DEPARTMENT OF THE COUNTY OF SANTA CLARA, and DOES 1 through 50, inclusive <br><br> Defendants. | No. C06-02657 RMW <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** <br><br> (Civil L.R. 6-2, 6-3 and 16-2(a)) |

Pursuant to Civil L.R. 6-2, 6-3 and 16-2(e), and the accompanying Affidavit of John L. Winchester, III, the parties hereby stipulate and respectfully request an order extending Defendants' time to respond to the complaint and enlarging the time for the Initial Case Management Conference. The parties propose the following dates:

Response to complaint:                                        August 3, 2006

Last day to:

- meet and confer re: initial disclosures,           September 22, 2006
  early settlement, ADR process and
  discovery plan

- file ADR Certification

- File either Stipulation to ADR Process or
  need for ADR Phone Conference

//

| | |
|---|---|
| Last day to complete initial disclosures, file Case Management Statement, and file Rule 26(f) Report | October 6, 2006 |
| INITIAL CASE MANAGEMENT CONFERENCE: | October 13, 2006. 20 (jg) |

IT IS SO STIPULATED.

Dated:  July 18, 2006

Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: _____/S/_____
JOHN L. WINCHESTER, III
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

Dated:  July ____, 2006

By: _____
CHARLES A. BONNER
Attorney for Plaintiff

IT IS SO ORDERED.

Dated:  __8/2/06__

/s/ Ronald M. Whyte
Judge of the United States District Court

46827.wpd

| | | |
|---|---|---|
| 1 | Last day to complete initial disclosures, file Case Management Statement, and file Rule 26(f) Report | October 6, 2006 |
| 2 | | 20 |
| 3 | INITIAL CASE MANAGEMENT CONFERENCE: | October 13, 2006. (jg) |

IT IS SO STIPULATED.

Dated: July ____, 2006

                                          Respectfully submitted,

                                          ANN MILLER RAVEL
                                          County Counsel

By: _____
     JOHN L. WINCHESTER, III
     Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

Dated: July 18, 2006                     By: _____
                                                         CHARLES A. BONNER
                                                          Attorney for Plaintiff

IT IS SO ORDERED.

Dated: _____

                                          _____
                                          Judge of the United States District Court

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

46827.wpd

Stipulation and [Proposed] Order     -2-     C06-02657 RMW