ANN MILLER RAVEL, County Counsel (S.B. #62139)
JOHN L. WINCHESTER, III, Deputy County Counsel (S.B. #142175)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 10/20/06*

| | |
|---|---|
| YUET LAN SO, | No. C06-02657 RMW |
| Plaintiff | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| v. | |
| COUNTY OF SANTA CLARA, et al. | |
| Defendants. | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Private mediation.

//
//
//
//
//
//
//
//

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order
Selecting ADR Process    -1-    C06-02657 RMW

1 | The parties agree to hold the ADR session by March 1, 2007.

2 | Dated: October 17, 2006                Respectfully submitted,

ANN MILLER RAVEL
County Counsel

By: _____
JOHN L. WINCHESTER, III
Deputy County Counsel

Attorneys for Defendant
COUNTY OF SANTA CLARA

Dated: October 17, 2006                By: _____
CHARLES A. BONNER    CATHERINE
Attorney for Plaintiff          LAGARDE

[PROPOSED ORDER]

Pursuant to the Stipulation above, the captioned matter is hereby referred to Mediation.

Deadline for ADR session is March 1, 2007.

IT IS SO ORDERED

Dated: 10/20/06                /S/ RONALD M. WHYTE
                              UNITED STATES ~~MAGISTRATE~~ JUDGE

Stipulationtomediation.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara

Stipulation and [Proposed] Order