1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   CHERYL A. STEVENS, Deputy County Counsel (S.B. #146397)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendant
   COUNTY OF SANTA CLARA

6

7

8                           UNITED STATES DISTRICT COURT

9                          NORTHERN DISTRICT OF CALIFORNIA

10                                                                *E-FILED -3/5/07*

11  YUET LAN SO,                          )   No.   C06-02657 RMW
                                          )
12         Plaintiff                      )   **STIPULATION AND [xxxxxxxxxxxx]] ORDER
                                          )   EXTENDING DEADLINE FOR
13  v.                                    )   COMPLETING ADR PROCESS**
                                          )
14  COUNTY OF SANTA CLARA, et al.         )
                                          )
15                                        )
           Defendants.                    )
16  _____      )

17                                   **STIPULATION**

18         **WHEREAS** on or about October 17, 2006, the parties agreed to submit this matter to

19  private mediation by March 1, 2007;

20         **WHEREAS** the County of Santa Clara's Counsel's trial calendar prevented the parties

21  from agreeing to a mediation date before March 1, 2007;

22         **WHEREAS** the matter has recently been transferred to another Deputy County Counsel in

23  order to insure the timely completion of ADR; and

24         **WHEREAS** the parties now agree to complete the ADR process as soon as possible.

25  //

26  //

27  //

28  //

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [xxxxxxxx] Order
Extending Deadline to Complete ADR Process        -1-                    C06-02657 RMW

1  **THE PARTIES HEREBY STIPULATE** that they will select and complete the private
2  mediation of this matter on or before May 1, 2007.
3      I hereby attest that I have on file the holograph signature for the signature indicated by a
4  "conformed" signature (/S/) within this e-filed document.

5  Dated: February 28, 2007            Respectfully submitted,

6                                           ANN MILLER RAVEL
                                         County Counsel
7
                                   By:        /S/
8                                         CHERYL A. STEVENS
                                         Deputy County Counsel
9
                                   Attorneys for Defendant
10                                    COUNTY OF SANTA CLARA

11

12 Dated: February 28, 2007            By:        /S/
                                         A. CATHERINE LAGARDE
13                                    Attorney for Plaintiff

14

15                                [xxxxxxxxxxxxx **ORDER**]

16     Pursuant to the Stipulation above, the deadline for completing the private Mediation in the
17 above captioned matter is continued from March 1, 2007 to May 1, 2007.

18

19 IT IS SO ORDERED

20

21 Dated: 3/5/07                              /s/ Ronald M. Whyte
                                               Judge of the United States District Court
22

28 STIP2.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [xxxxxxxx] Order
Extending Deadline to Complete ADR Process      -2-      C06-02657 RMW