1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   CHERYL A. STEVENS, Deputy County Counsel (S.B. #146397)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California 95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5  Attorneys for Defendant
   COUNTY OF SANTA CLARA
6                                                              *E-FILED - 9/17/07*

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10  YUET LAN SO,                    )   No. C06-02657 RMW
                                    )
11       Plaintiff                  )
                                    )
12                                  )   STIPULATION AND [PROPOSED] ORDER
                                    )   TO EXTEND DISCOVERY CUT OFF AND
    v.                              )   TO CONTINUE THE TRIAL DATE
13                                  )
                                    )   (Civil L.R. 6-2)
14  COUNTY OF SANTA CLARA,          )
    PROBATION DEPARTMENT OF THE     )
15  COUNTY OF SANTA CLARA, and      )
    DOES 1 through 50, inclusive    )
16                                  )
         Defendants.                )
17                                  )
    _____)

18       Pursuant to Civil L.R. 6-2, and the accompanying Declaration of Cheryl A. Stevens, the

19  parties hereby stipulate and respectfully request an order extending the discovery cut-off dates

20  in this matter and continuing the trial date for the following reasons:

21       1.   Trial in this matter is presently set for October 9, 2007. The parties participated in

22  private mediation on April 16, 2007 and plaintiff presented the County of Santa Clara with an

23  irrevocable offer that must be considered by the County Board of Supervisors.

24       2.   The parties are working on settling this matter; however the County will not be able

25  to consider plaintiff's offer until August 2007 because the Board is on its summer break

26  and will not reconvene until August 2007.

27       3.   The parties agree that in the interest of judicial economy and in an attempt to provide

28  the County with an opportunity to fully consider plaintiff's offer of settlement before either

1  party incur further time and expense of completing the discovery necessary to prepare this

2  matter for trial.  *Last Day to Hear Dispositive Motions  December 21, 2007

3      4.    The parties therefore propose the following dates:

4      Last day to:  *Pretrial Conference      January 24, 2008

5      • complete fact discovery      October 5, 2007

6      • complete expert discovery      November 2, 2007

7      • complete pretrial disclosures      January 18, 2008  *(11)*

8      • complete joint pretrial statement      January 25, 2008  *(18)*

9      Trial Date      February 4, 2008

10  All other pretrial dates, discovery due dates and dates noted in the case management order

11  shall be changed per the Federal Rules, in accordance with a February 4, 2008 trial date.

12

13      5.    This is the first request to continue the trial date in this matter.

14      6.    This Stipulation is executed in two parts, faxed to the parties and may be e-filed with

15  the Court upon receipt of the executed fax. Plaintiff will mail the original to attorney Cheryl A.

16  Stevens who will retain said originals in her files.

17  IT IS SO STIPULATED.

18  Dated:  June 21, 2007              Respectfully submitted,

19                ANN MILLER RAVEL
                 County Counsel

20

21              By:  /S/
                 CHERYL A. STEVENS

22                Deputy County Counsel

23                Attorneys for Defendant
                 COUNTY OF SANTA CLARA

24  Dated:  June 25, 2007        By:
25                CHARLES A. BONNER
                 Attorney for Plaintiff

26

27  IT IS SO ORDERED.
   Dated:  9/17/07            Ronald M. Whyte
28                Judge of the United States District Court

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed] Order    -2-    C06-02657 RMW

TOTAL P.004