ANN MILLER RAVEL, County Counsel (S.B. #62139)
CHERYL A. STEVENS, Deputy County Counsel (S.B. #146397)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
COUNTY OF SANTA CLARA

*E-FILED - 11/29/07*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YUET LAN SO,<br><br>Plaintiff<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br>PROBATION DEPARTMENT OF THE<br>COUNTY OF SANTA CLARA, and<br>DOES 1 through 50, inclusive<br><br>Defendants. | No. C06-02657 RMW<br><br>STIPULATION AND [xxxxxxxxxxxx] ORDER REGARDING DISMISSAL OF ACTION WITH PREJUDICE |

**WHEREAS** the trial in this matter is presently set for October 9, 2007;

**WHEREAS** the parties participated in private mediation on April 16, 2007;

**WHEREAS** the plaintiff, Yuet Lan So, through her attorney, Charles Bonner and the defendant, County of Santa Clara, through its attorney Deputy County Counsel Cheryl A. Stevens have agreed to settle the above-referenced matter; and

**WHEREAS** the Santa Clara County Board of Supervisors have approved the proposed settlement. The parties hereby stipulate to a dismissal of the above-referenced matter with prejudice.

This Stipulation is executed in two parts, faxed to the parties and may be e-filed with the Court upon receipt of the executed fax. Plaintiff will mail the original to attorney Cheryl A. Stevens who will retain said originals in her files.

| | | |
|---|---|---|
| 1 | IT IS SO STIPULATED. | |
| 2 | Dated: August 28, 2007 | Respectfully submitted, |
| 3 | | ANN MILLER RAVEL |
| | | County Counsel |
| 5 | | By: _____/S/_____ |
| | | CHERYL A. STEVENS |
| 6 | | Deputy County Counsel |
| 7 | | Attorneys for Defendant |
| | | COUNTY OF SANTA CLARA |
| 9 | Dated: 9/19/, 2007 | By: _____ |
| | | CHARLES A. BONNER |
| 10 | | Attorney for Plaintiff |
| 11 | IT IS SO ORDERED. | |
| 12 | Dated: 11/29/07 | *Ronald M. Whyte* |
| | | Judge of the United States District Court |